UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eduardo Alvarado Gonzalez,<br><br>    Petitioner<br>v.<br><br>John Mattos, et al.,<br><br>    Respondents | Case No. 2:25-cv-01599-JAD-NJK<br><br>**Order Directing Service of<br>Petition for Writ of Habeas Corpus,<br>Striking Filings, and Issuing Refund**<br><br>[ECF No. 1] |

Counseled petitioner Eduardo Alvarado Gonzalez filed this petition for writ of habeas corpus[1] under 28 U.S.C. § 2241 and the Immigration and Nationality Act, challenging his continued detention at Nevada Southern Detention Center during the pendency of his application for adjustment of status.[2] Having conducted an initial review of the petition, I now direct that it be served on the respondents, and I set a schedule for the respondents' appearance and response. Because this order directs electronic service, the Clerk of the Court is instructed to strike the summonses and proposed summons (ECF Nos. 3, 4, 6) from the docket.

In addition, it appears that Gonzalez's counsel misfiled the petition as a complaint and paid the $405 filing fee. The Clerk of the Court is instructed to issue counsel for Gonzalez, Hardeep Sull, a refund for $405. Gonzalez, however, must nonetheless **pay the $5 filing fee no later than October 1, 2025.**

IT IS THEREFORE ORDERED that **the Clerk of the Court is directed to electronically SERVE copies of the petition** (ECF No. 1) and this order upon the respondents:

- By electronically serving a copy of the petition and this order through CM/ECF on the United States Attorney for the District of Nevada under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure by adding United State Attorney for the District of Nevada to the docket as an Interested Party and sending the documents

---

[1] ECF No. 1.

[2] *Id*. at 1, 10–11.

1

to Sigal.Chattah@usdoj.gov. This does not indicate acceptance of service.

- By sending a copy of the petition and this order by mail under FRCP 5(b)(2)(C) to:

    Jason Knight
    Field Office Director
    Salt Lake City Field Office of U.S. Immigration
    and Customs Enforcement's
    Enforcement & Removal Operations Division
    2975 Decker Lake Drive, Suite
    100 West Valley City, UT 84119-6096

    Warden John Mattos
    Nevada Southern Detention Center
    2190 E. Mesquite Ave.
    Pahrump, NV 89060

    Secretary Kristi Noem
    United States Department of Homeland Security
    2707 Martin Luther King Jr. Ave. SE
    Washington, DC 20528-0525

    Pamela Bondi
    Attorney General of the United States
    950 Pennsylvania Ave. NW
    Washington DC 20530

IT IS FURTHER ORDERED that **respondents must appear in this action within 5 days of the date of this order and must file and serve a response to the petition (ECF No. 1) within 20 days** of the date of this order, unless additional time is allowed for good cause shown. Petitioner will have 15 days following the date the response is filed to file and serve a reply. Local Rule 7-2(b) will govern the schedule for briefing of motions.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to **strike the summonses and proposed summons (ECF Nos. 3, 4, 6) from the docket**.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to issue a refund for $405 to counsel for Gonzalez, Hardeep Sull.

IT IS FURTHER ORDERED that Gonzalez must **pay the $5 filing fee no later than October 1, 2025.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 10, 2025